IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS

IN RE:   P.P.A. Hotels, LLC                              Case No. 5:09-bk-76140
                                                         (Chapter 11)
909 South 8th Street
Rogers, AR  72756

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the Williams Law Firm of Arkansas and Jay B. Williams, are the attorneys for Arvest Bank, a creditor in this proceeding.

The undersigned attorney hereby provides this Notice of Appearance and Request for Notice pursuant to the Bankruptcy Code and Bankruptcy Rule 9010(b), and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f), and Bankruptcy Rule 3015.  All such notices should be addressed as follows:

>   Jay B. Williams, Attorney
>   Williams Law Firm
>   100 W. Main Street
>   Gentry, AR 72734

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes without limitation, notices of any Application, Complaint, demand, hearing, Motion, Petition, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier or otherwise filed or served with regard to this case and the proceedings herein.

>   Respectfully submitted,
>
>     /s/ Jay B. Williams
>   Jay B. Williams, ABA#90014
>   Williams Law Firm of Arkansas
>   100 W. Main
>   Gentry, AR 72734
>   (479) 736-8800
>   jaywilliams@wlf-ark.com
>   Attorneys for Arvest Bank

1

CERTIFICATE OF SERVICE

      This certifies that a true and correct copy of the above and foregoing pleading was transmitted electronically, or was mailed, postage prepaid, this 16th day of December, 2009, to the following:

U.S. Trustee Region 13  
U.S. Bankruptcy Trustee  
USTPRegion13.LR.ECF@usdoj.gov

Stanley V. Bond  
525 S. School Ave.  
Suite 100  
Fayetteville, AR 72701

together with others to whom electronic notice is being sent through ECF.

    /s/ Jay B. Williams

2