B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Arkansas

In re  **P.P.A. Hotels, LLC**
Debtor(s)

Case No. _____
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Advanced Mechanical<br>811 N Bloomington<br>Lowell, AR 72745 | Advanced Mechanical<br>811 N Bloomington<br>Lowell, AR 72745 | | | 708.98 |
| American<br>100 S. Milwaukee Ave<br>Vernon Hills, IL 60061 | American<br>100 S. Milwaukee Ave<br>Vernon Hills, IL 60061 | | | 2,003.62 |
| ANB Venture, LLC<br>c/o Donald E. Wilson<br>PO Box 1285<br>Fayetteville, AR 72702 | ANB Venture, LLC<br>c/o Donald E. Wilson<br>PO Box 1285<br>Fayetteville, AR 72702 | | Unliquidated<br>Disputed | 3,619,715.97<br><br>(Unknown secured) |
| Artone Mfg Co., Inc.<br>107 Institute St<br>Jamestown, NY 14701 | Artone Mfg Co., Inc.<br>107 Institute St<br>Jamestown, NY 14701 | | | 280,000.00 |
| Arvest Bank<br>PO Box 130<br>Siloam Springs, AR 72761 | Arvest Bank<br>PO Box 130<br>Siloam Springs, AR 72761 | | | Unknown<br><br>(Unknown secured) |
| Discover<br>PO Box 3016<br>New Albany, OH 43054 | Discover<br>PO Box 3016<br>New Albany, OH 43054 | | | 8,500.00 |
| Graphic Systems, Inc.<br>PO Box 911985<br>Dallas, TX 75391 | Graphic Systems, Inc.<br>PO Box 911985<br>Dallas, TX 75391 | | | 79.16 |
| King Hospitality LLC<br>c/o S. Richard Levin<br>3996 N. Frontage Rd. Ste 3<br>Fayetteville, AR 72703 | King Hospitality LLC<br>c/o S. Richard Levin<br>3996 N. Frontage Rd. Ste 3<br>Fayetteville, AR 72703 | | | Unknown |
| Kingston Management Services<br>1601 S.W. 'A' St.<br>Bentonville, AR 72712 | Kingston Management Services<br>1601 S.W. 'A' St.<br>Bentonville, AR 72712 | 909 S. 8th Street, Rogers, Arkansas, Microtel Hotel | | Unknown<br><br>(Unknown secured) |
| Northstar Engineering Consult<br>207 S. Main St.<br>Bentonville, AR 72712 | Northstar Engineering Consult<br>207 S. Main St.<br>Bentonville, AR 72712 | | | 607.20 |

EXHIBIT "E"

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re   P.P.A. Hotels, LLC                              Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Recovery One, LLC<br>PO Box 20404<br>Columbus, OH 43220 | Recovery One, LLC<br>PO Box 20404<br>Columbus, OH 43220 | | | 911.68 |
| RedSky IT<br>1 Cragwood Rd Ste 202<br>South Plainfield, NJ 07080 | RedSky IT<br>1 Cragwood Rd Ste 202<br>South Plainfield, NJ 07080 | | | 2,633.00 |
| RMS<br>PO Box 2099<br>Naperville, IL 60563 | RMS<br>PO Box 2099<br>Naperville, IL 60563 | | | 1,017.80 |
| Robinson Floors, Inc. d/b/a<br>Abbey Carpets & Interiors<br>1110 W. Poplar<br>Rogers, AR 72756 | Robinson Floors, Inc. d/b/a<br>Abbey Carpets & Interiors<br>1110 W. Poplar<br>Rogers, AR 72756 | | | Unknown |
| SWPC<br>116 S. Walton Blvd<br>Ste 182<br>Bentonville, AR 72712 | SWPC<br>116 S. Walton Blvd<br>Ste 182<br>Bentonville, AR 72712 | | | 5,320.20 |
| TCM Bank<br>PO Box 31481<br>Tampa, FL 33631 | TCM Bank<br>PO Box 31481<br>Tampa, FL 33631 | | | Unknown |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 3, 2009**           Signature  **/s/ Harkomal Dhaliwal**
                                                **Harkomal Dhaliwal**
                                                **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.