# LIST OF INVENTORY AND EQUIPMENT

| TOTAL NO OF ROOMS | 51 | | TOTAL VALUE |
|---|---|---|---|
| OFFICE PHONE | 1 | $400.00 EACH | $400.00 |
| BEDS | 80 | $299.00 EACH | $23,920.00 |
| CHAIRS | 60 | $85.00 EACH | $5,100 |
| COFFEE TABLES | 8 | $194.00 EACH | $1,552 |
| COUCHES | 8 | $609.00 EACH | $4,872 |
| CREDENZA | 51 | $299.00 EACH | $15,249 |
| ARMOIRS | 51 | $129.00 EACH | $6,579 |
| NIGHT TABLES | 73 | $40.00 EACH | $2,920 |
| TV | 44 | $500.00 EACH | $22,000 |
| WASHER | 2 | $4500.00 EACH | $9,000 |
| DRYER | 2 | $4000.00 EACH | $8,000 |
| GUEST LAUNDRY WASHER | 1 | $850.00 EACH | $850 |
| GUEST LAUNDRY DRYER | 1 | $850.00 EACH | $850 |
| ICE MACHINES | 2 | $2500.00 EACH | $5,000 |
| REFRIGERATORS | 6 | $99.00 EACH | $594 |
| MICROWAVES | 6 | $35.00 EACH | $210 |
| FAX MACHINE | 1 | $99.00 EACH | $99 |
| PRINTER | 2 | $99.00 EACH | $198 |
| SECURITY CAMERA | 1 | $2500.00 EACH | $2,500 |
| COMPUTERS | 2 | $200.00 EACH | $400 |
| DINING TABLES | 11 | $99.00 EACH | $1,089 |
| LUGGAGE CART | 1 | $500.00 EACH | $500 |
| MAID CARTS | 3 | $250.00 EACH | $750 |
| LAUNDRY TRUCK | 1 | $80.00 EACH | $80 |
| VACCUMS | 2 | $139.00 EACH | $278 |
| TELEPHONES | 52 | $26.99 EACH | $1,403.48 |
| IRONS | 51 | $19.99 EACH | $1,019.49 |
| HAIR DRYERS | 51 | $15.99 EACH | $815.49 |
| IRONING BOARDS | 51 | $8.49 EACH | $432.99 |
| ROLL-AWAY BEDS | 2 | $99.00 EACH | $198 |
| CLOCK RADIOS | 51 | $9.00 EACH | $459 |
| Total | | | 117318.45 |