Form nhrg

## UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

In Re: P.P.A. Hotels, LLC
Debtor

Case No.: 5:09−bk−76140
Chapter: 11
Judge: Ben T. Barry

PLEASE TAKE NOTICE that a hearing will be held before Judge Ben T. Barry at

U.S. Federal Building, 35 E. Mountain St., 4th Floor, Room 416, Fayetteville, AR 72701

on 2/10/10 at 09:00 AM

to consider and act upon the following:

*18* − Motion to Dismiss or Convert Case Filed by U.S. Trustee (Talley, Joyce)

Dated: 12/28/09

Jean Rolfs, Clerk
By:
Angie R. Squires
Deputy Clerk