Form ncont341

# UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

In Re: P.P.A. Hotels, LLC
Debtor

Case No.: 5:09−bk−76140
Chapter: 11
Judge: Ben T. Barry
Trustee:

## NOTICE OF CONTINUED MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the 341(a) Meeting of Creditors is set to 2/9/10, 01:15 PM at the following location:

U.S. Federal Building, 35 E. Mountain St., 4th Floor, Room 416, Fayetteville, AR 72701

DEBTOR(S) FAILURE TO APPEAR AT THE TIME AND PLACE SET MAY RESULT IN DISMISSAL OF THE CASE, WITHOUT FURTHER NOTICE OR HEARING BY THE COURT.

Dated: 1/6/10

Jean Rolfs, Clerk