# Notice Recipients

District/Off: 0861–5  User: pat  Date Created: 1/6/2010
Case: 5:09–bk–76140  Form ID: ncont341  Total: 38

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov |
| aty | Donald E. Wilson | dewilson@dewilsonlaw.com |
| aty | Jay B. Williams | jaywilliams@wlf–ark.com |
| aty | Stanley V Bond | attybond@me.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | P.P.A. Hotels, LLC | 909 South 8th Street | Rogers, AR 72756 | |
| cr | Arvest Bank | P.O. Box 130 | Siloam Springs, AR 72761 | |
| 3750847 | ANB Venture, LLC | c/o Donald E. Wilson | PO Box 1285 | Fayetteville, AR 72702 |
| 3762794 | ANB Venture, LLC | c/o Donald E. Wilson | PO Box 1285 | Fayetteville, AR 72702 |
| 3750845 | Advanced Mechanical | 811 N Bloomington | Lowell, AR 72745 | |
| 3762792 | Advanced Mechanical | 811 N Bloomington | Lowell, AR 72745 | |
| 3762793 | American | 100 S Milwaukee Ave | Vernon Hills, IL 60061 | |
| 3750846 | American | 100 S. Milwaukee Ave | Vernon Hills, IL 60061 | |
| 3750848 | Artone Mfg Co., Inc. | 107 Institute St | Jamestown, NY 14701 | |
| 3762795 | Artone Mfg Co., Inc. | 107 Institute St | Jamestown, NY 14701 | |
| 3750849 | Arvest Bank | PO Box 130 | Siloam Springs, AR 72761 | |
| 3762796 | Arvest Bank | PO Box 130 | Siloam Springs, AR 72761 | |
| 3762797 | Discover | P O Box 3016 | New Albany, OH 43054 | |
| 3750850 | Discover | PO Box 3016 | New Albany, OH 43054 | |
| 3756532 | Discover Bank | DFS Services LLC | PO Box 3025 | New Albany OH 43054–3025 |
| 3762798 | Graphic Systems Inc | P O Box 911985 | Dallas, TX 75391–1985 | |
| 3750851 | Graphic Systems, Inc. | PO Box 911985 | Dallas, TX 75391 | |
| 3762918 | Internal Revenue Service | PO Box 21126 | Philadelphia, PA 19114 | |
| 3750852 | King Hospitality LLC | c/o S. Richard Levin | 3996 N. Frontage Rd. Ste 3 | Fayetteville, AR 72703 |
| 3750853 | Kingston Management Services | 1601 S.W. 'A" St. | Bentonville, AR 72712 | |
| 3762799 | Kingston Management Services | 1601 S.W. "A" St. | Bentonville, AR 72712 | |
| 3762800 | Northstar Engineering Consult | 207 S Main St | Bentonville, AR 72712 | |
| 3750854 | Northstar Engineering Consult | 207 S. Main St. | Bentonville, AR 72712 | |
| 3762803 | RMS | P O Box 3099 | Naperville, IL 60563 | |
| 3750857 | RMS | PO Box 2099 | Naperville, IL 60563 | |
| 3762801 | Recovery One LLC | P O Box 20404 | Columbus, OH 43220–0404 | |
| 3750855 | Recovery One,LLC | PO Box 20404 | Columbus, OH 43220 | |
| 3750856 | RedSky IT | 1 Cragwood Rd Ste 202 | South Plainfield, NJ 07080 | |
| 3762802 | RedSky IT | 1 Cragwood Rd Ste 202 | South Plainfield, NJ 07080 | |
| 3750858 | Robinson Floors, Inc. d/b/a | Abbey Carpets &Interiors | 1110 W. Poplar | Rogers, AR 72756 |
| 3762804 | SWPC | 1116 S Walton Blvd | Ste 182 | Bentonville, AR 72712 |
| 3750859 | SWPC | 116 S. Walton Blvd | Ste 182 | Bentonville, AR 72712 |
| 3762805 | TCM Bank | P O Box 31481 | Tampa, FL 33631 | |
| 3750860 | TCM Bank | PO Box 31481 | Tampa, FL 33631 | |

TOTAL: 34